**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter    **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **CMC Advertising Ltd.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Mailworks II** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3085776** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2 N. Westwood Ave.**<br>**Toledo, OH 43607**<br>Number, Street, City, State & ZIP Code | **P.O. Box 2968**<br>**Toledo, OH 43606**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lucas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.mailworksii.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5418__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99    ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000   ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000           ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2025**
                    MM / DD / YYYY

**X** **/s/ Claude R. Montgomery Jr.**                      **Claude R. Montgomery Jr.**
Signature of authorized representative of debtor            Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Eric R. Neuman**                  Date  **June 24, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Eric R. Neuman**
Printed name

**Diller and Rice, LLC**
Firm name

**1107 Adams St.**
**Toledo, OH 43624**
Number, Street, City, State & ZIP Code

Contact phone    **419-244-8500**      Email address    **eric@drlawllc.com**

**0069794 OH**
Bar number and State

25-31341-jpg    Doc 1    FILED 06/27/25    ENTERED 06/27/25 10:39:22    Page 5 of 47

Debtor name    **CMC Advertising Ltd.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule* ____
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 24, 2025**     *X* **/s/ Claude R. Montgomery Jr.**
                                       Signature of individual signing on behalf of debtor

                                        **Claude R. Montgomery Jr.**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **CMC Advertising Ltd.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐  Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Business Line of Credit Payment Remittance PO Box 570622 Atlanta, GA 30357** | | **Credit Card** | | | | **$60,159.71** |
| **Applied Imaging 7718 Solution Center Chicago, IL 60677-7007** | | **Vendor bill** | | | | **$21,879.08** |
| **Applied Innovation 5555 Glenwood Hills Pkwy SE Grand Rapids, MI 49512** | | **Vendor bill** | | | | **$46,421.52** |
| **Canon Financial Services, Inc. 14904 Collections Center Dr. Chicago, IL 60693-0149** | | **?? Vendor bill; Equipment lease or separate debt?** | | | | **$33,642.00** |
| **Claude Mongomery 5740 Little Farms Court Sylvania, OH 43560** | | **Loans made to company** | | | | **$95,617.63** |
| **CMC Advertising, LLC 5272 Tractor Road Unit J Toledo, OH 43612** | | **Unpaid Rent** | | | | **$17,000.00** |
| **Diesel Funding LLC 633 NE 167th St., Suite 1205 Miami, FL 33162** | | **MCA** | **Contingent** | | | **$24,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing LLC 53 State St., 20th Fl Boston, MA 02109 | | MCA | | | | $38,692.00 |
| Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020 | | MCA | Unliquidated | | | $43,003.35 |
| Fresh Funding 157 Church St., 19th Fl New Haven, CT 06510 | | MCA | Contingent | | | $29,000.00 |
| H.O.T. Graphics PO Box 3072595 Trace Court Northwood, OH 43619 | | Vendor bill | | | | $211,309.97 |
| Idea 247, Inc. 200 SE 1st St., Suite 703 Miami, FL 33131 | | Revolving Loan | | | | $49,534.90 |
| Radiant Printing Attn: Jason Burns 1800 Via Lago Dr. Lakeland, FL 33810 | | Vendor bill | | | | $20,400.56 |
| Rise Alliance 22 W 38th St New York, NY 10018 | | Vendor bill | | | | $85,000.00 |
| Royal Alliances, Inc 6363 Nstate Hwy 161, Ste 510 Irving, TX 75038 | | Vendor bill | | | | $28,984.00 |
| Stage Finance 2360 Lakewood Rd Toms River, NJ 08755 | | MCA | Unliquidated | | | $46,400.00 |
| The Huntington National Bank 7 Easton Oval Columbus, OH 43219 | | All Property | Unliquidated | $634,283.06 | $0.00 | $634,283.06 |
| The Huntington National Bank P.O. Box 341470 GW1W31 Columbus, OH 43234 | | All Property | Unliquidated | $118,265.44 | $0.00 | $118,265.44 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United First, LLC 2999 NE 1914st St. Unit 901 Miami, FL 33180** | | **MCA** | **Contingent** | | | **$110,050.00** |
| **US Small Business Administration 1350 Euclid Avenue, Suite 211 Cleveland, OH 44115** | | **All Property** | **Unliquidated** | **$480,245.79** | **$0.00** | **$480,245.79** |

Debtor name   **CMC Advertising Ltd.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................   $           0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................   $     389,597.16

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................   $     389,597.16

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $    1,287,794.29

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $         0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   1,045,529.08

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b                     $    2,333,323.37

Debtor name    **CMC Advertising Ltd.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Genoa Bank** | **Checking** | 8873 | $0.00 |
| 3.2. | **Huntington** | **Checking** | 6610 | $14,219.37 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**          | $14,219.37 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

25-31341-jpg    Doc 1    FILED 06/27/25    ENTERED 06/27/25 10:39:22    Page 11 of 47

| 11a. 90 days old or less: | 121,077.79 | – | 0.00 | = .... | $121,077.79 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**                                                                                    | $121,077.79 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Paper | | $0.00 | Liquidation | $500.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Misc Inventory | | $0.00 | | $5,000.00 |

**23.**   **Total of Part 5.**                                                                                    | $5,500.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Office Furniture | $0.00 | Liquidation | $1,500.00 |
| | Misc. Shelving | $0.00 | Liquidation | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers | $0.00 | Liquidation | $6,000.00 |
| | Pallet Storage | $0.00 | Liquidation | $5,000.00 |
| | Laminator | $0.00 | Liquidation | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | $15,000.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Xante Envelope Printer | $0.00 | Liquidation | $7,000.00 |
| Duplo Cutter | $0.00 | Liquidation | $7,000.00 |
| Duplo Booklet Maker | $0.00 | Liquidation | $65,000.00 |
| Plockmatic - Booklet Maker | $0.00 | Liquidation | $15,000.00 |
| HP Wide Format Printer - HP570 Latex | $0.00 | Liquidation | $7,000.00 |
| Summa Cutter for Wide Format | $0.00 | Liquidation | $2,500.00 |
| Coldesi UV Printer | $0.00 | Liquidation | $15,000.00 |
| InkJet - Kirk Rudy | $0.00 | Liquidation | $10,000.00 |
| InkJet - Kirk Rudy | $0.00 | Liquidation | $10,000.00 |
| Tabber - Kirk Rudy | $0.00 | Liquidation | $3,000.00 |
| Tabber - Kirk Rudy | $0.00 | Liquidation | $2,000.00 |
| Inserter - Pitney Bowes | $0.00 | Liquidation | $10,000.00 |
| Sheet Feeder | $0.00 | Liquidation | $3,000.00 |
| Commercial Sewing Machine | $0.00 | Liquidation | $3,500.00 |
| Folder - Baum Floor Model | $0.00 | Liquidation | $5,000.00 |
| SP400 Rotary Printer | $0.00 | Liquidation | $40,000.00 |
| Digital HeatFX DTF-12H2 - 2 Head DTF 12" Printer | $0.00 | Liquidation | $12,000.00 |
| Air Compressor | $0.00 | Liquidation | $500.00 |
| Floor Scrubber | $0.00 | Liquidation | $500.00 |
| Dehumidifier | $0.00 | Liquidation | $2,000.00 |

| | | | |
|---|---|---|---|
| **Fans** | $0.00 | Liquidation | $200.00 |
| **Forklift** | $0.00 | Liquidation | $7,000.00 |
| **Electric Pallet Jacks** | $0.00 | Liquidation | $1,500.00 |
| **Misc Pallet Jacks** | $0.00 | Liquidation | $100.00 |
| **Pallet Racks** | $0.00 | Liquidation | $5,000.00 |

51. **Total of Part 8.**                                      $233,800.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,219.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $121,077.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $233,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $389,597.16 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $389,597.16 |

Debtor name    **CMC Advertising Ltd.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**    **Leaf Capital Funding**
Creditor's Name

**110 S. Poplar Street**
**Suite 101**
**Wilmington, DE 19801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3-13-2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Digital HeatFX DTF-12H2 - 2 Head DTF 12" Printer**

Describe the lien
**PMSI**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: **$15,000.00**    Column B: **$12,000.00**

**2.2**    **Navitas Credit Corporation**
Creditor's Name

**201 Executive Center Drive**
**Suite 100**
**Columbia, SC 29210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**January 30, 2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**SP400 Rotary Printer**

Describe the lien
**PMSI**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$40,000.00**    Column B: **$40,000.00**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.3 | **The Huntington National Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $634,283.06 | $0.00 |
|---|---|---|---|---|

**7 Easton Oval**
**Columbus, OH 43219**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Property**

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2-13-2018**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.4 | **The Huntington National Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $118,265.44 | $0.00 |
|---|---|---|---|---|

**P.O. Box 341470 GW1W31**
**Columbus, OH 43234**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Property**

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.5 | **US Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $480,245.79 | $0.00 |
|---|---|---|---|---|

**1350 Euclid Avenue, Suite 211**
**Cleveland, OH 44115**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Property**

Describe the lien
**UCC**

---

_____

Creditor's email address, if known

**Date debt was incurred**

**September 2021**

**Last 4 digits of account number**

**9107**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      | $1,287,794.29 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Office of the United States Attorne**<br>**Suite 308, Four Seagate**<br>**Toledo, OH 43604** | Line __2.5__ | |

Debtor name **CMC Advertising Ltd.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box  7346**
**Philadelphia, PA 19114**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**P.O. Box 530**
**Columbus, OH 43216-0530**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Notice Only**

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

25-31341-jpg    Doc 1    FILED 06/27/25    ENTERED 06/27/25 10:39:22    Page 20 of 47

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,159.71** |
|---|---|---|---|

**American Express Business Line of Credit Payment Remittance**
**PO Box 570622**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit Card__

Last 4 digits of account number __1__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,099.45** |
|---|---|---|---|

**American Express Business Line of Credit Payment Remittance**
**PO Box 570622**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit Card__

Last 4 digits of account number __2__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,257.48** |
|---|---|---|---|

**American Express Business Line of Credit Payment Remittance**
**PO Box 570622**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit Card__

Last 4 digits of account number __3__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,315.97** |
|---|---|---|---|

**Applied Capital**
**PO Box 6608311**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __?? Vendor bill, Equipment lease or separate debt?__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,879.08** |
|---|---|---|---|

**Applied Imaging**
**7718 Solution Center**
**Chicago, IL 60677-7007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor bill__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,421.52** |
|---|---|---|---|

**Applied Innovation**
**5555 Glenwood Hills Pkwy SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor bill__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,642.00** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Dr.**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __?? Vendor bill; Equipment lease or separate debt?__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,617.63 |
|---|---|---|---|
| | **Claude Mongomery**<br>**5740 Little Farms Court**<br>**Sylvania, OH 43560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9-5-2024** | Basis for the claim:  **Loans made to company** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,258.00 |
|---|---|---|---|
| | **Clifton Larson Allen LLP**<br>**One Seagate, Suite 2650**<br>**Toledo, OH 43604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Legal fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|
| | **CMC Advertising, LLC**<br>**5272 Tractor Road**<br>**Unit J**<br>**Toledo, OH 43612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,933.38 |
|---|---|---|---|
| | **Crown Lift Trucks**<br>**PO Box 640352**<br>**Cincinnati, OH 45264-0352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor bill** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Diesel Funding LLC**<br>**633 NE 167th St., Suite 1205**<br>**Miami, FL 33162** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **MCA** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.67 |
|---|---|---|---|
| | **Envelope Mart**<br>**2639 Tracy Rd.**<br>**Northwood, OH 43619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor bill** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,692.00 |
|---|---|---|---|
| | **Forward Financing LLC**<br>**53 State St., 20th Fl**<br>**Boston, MA 02109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **MCA** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,003.35** |
|---|---|---|---|

**Fox Funding Group LLC**
**803 S 21st Ave**
**Hollywood, FL 33020**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __MCA__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00** |
|---|---|---|---|

**Fresh Funding**
**157 Church St., 19th Fl**
**New Haven, CT 06510**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __MCA__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211,309.97** |
|---|---|---|---|

**H.O.T. Graphics**
**PO Box 3072595 Trace Court**
**Northwood, OH 43619**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor bill__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,534.90** |
|---|---|---|---|

**Idea 247, Inc.**
**200 SE 1st St., Suite 703**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revolving Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.00** |
|---|---|---|---|

**MB Graphics**
**5727 Westbourge Ave**
**Columbus, OH 43213**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor bill__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,987.48** |
|---|---|---|---|

**Northwest Print**
**12900-C eckel Junction Rd.**
**Perrysburg, OH 43551**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor bill__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,899.73** |
|---|---|---|---|

**Quick Tab II, Inc.**
**PO Box 758**
**Tiffin, OH 48483**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor bill__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,400.56 |
| | Radiant Printing<br>Attn: Jason Burns<br>1800 Via Lago Dr.<br>Lakeland, FL 33810 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |
| | Rise Alliance<br>22 W 38th St<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,984.00 |
| | Royal Alliances, Inc<br>6363 Nstate Hwy 161, Ste 510<br>Irving, TX 75038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,400.00 |
| | Stage Finance<br>2360 Lakewood Rd<br>Toms River, NJ 08755 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1-21-2025 | Basis for the claim:  __MCA__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,141.50 |
| | Steven Disposal & Recycling Service<br>PO Box 500<br>Temperance, MI 48182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,233.56 |
| | The Millcraft Paper Company<br>PO Box 604304<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
| | The Millcraft Paper Company<br>PO Box 604304<br>Charlotte, NC 28260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $941.14 |
|------|---|---|---|

**The Packline-2486619**
**PO Box 205216**
**Dallas, TX 75320-5216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor bill__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,050.00 |
|------|---|---|---|

**United First, LLC**
**2999 NE 1914st St.**
**Unit 901**
**Miami, FL 33180**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/13/2025__

Basis for the claim: __MCA__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 East Ninth Street, Room 493**<br>**Cleveland, OH 44199** | Line __2.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Yehuda Klein**<br>**1820 Swarthmore Avenue**<br>**#714**<br>**Lakewood, NJ 08701** | Line __3.25__<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,045,529.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,045,529.08 |

Debtor name    **CMC Advertising Ltd.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Leased  Copiers $910 / mo** | |
|---|---|---|---|
| | State the term remaining | | **Applied Capital** |
| | List the contract number of any government contract | _____ | **PO Box 6608311** |
| | | | **Dallas, TX 75266-0831** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **4 Leased Copiers $4,520.20 /month** | |
|---|---|---|---|
| | State the term remaining | **66** | **Canon Financial Services, Inc.** |
| | List the contract number of any government contract | _____ | **14904 Collections Center Dr.** |
| | | | **Chicago, IL 60693-0149** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Dodge Cargo Van. Use by Debtor as delivery Van. Claude Montgomery financed purchase of Vehicle with third party, Huntington Bank. Debtor pays third party finance company, Huntington, $811 per month, directly which covers the monthly payment to Huntington.** | |
|---|---|---|---|
| | State the term remaining | **75** | **Claude Mongomery** |
| | List the contract number of any government contract | _____ | **5740 Little Farms Court** |
| | | | **Sylvania, OH 43560** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **2023 Jeep Rubicon Driven and insured by Debtor's production manager. Claude Montgomery owns Vehcile Debtor pays Fifth Third Bank direclty $881 per month for lease which covers Claude Montgomery's costs for having financed the purchase of the Vehicle with Vehicle.** | |
|---|---|---|---|
| | | **Leased Key Employee Auto; $881 /month** | |
| | State the term remaining | 20 | |
| | List the contract number of any government contract | | **Claude Mongomery 5740 Little Farms Court Sylvania, OH 43560** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Real Property at 2 N Westwood Ave in Toledo OH. $5,000.00 per month.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CMC Advertising, LLC 5272 Tractor Road Unit J Toledo, OH 43612** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Postage Machine $893.97/month** | |
|---|---|---|---|
| | State the term remaining | 63 | |
| | List the contract number of any government contract | | **Pitney Bowes PO Box 856390 Louisville, KY 40285** |

Debtor name  **CMC Advertising Ltd.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cheri Mongomery** | **5740 Little Farms Court Sylvania, OH 43560** | **The Huntington National Bank** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Cheri Mongomery** | **5740 Little Farms Court Sylvania, OH 43560** | **The Huntington National Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Cheri Mongomery** | **5740 Little Farms Court Sylvania, OH 43560** | **US Small Business Administration** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Claude Mongomery** | **5740 Little Farms Court Sylvania, OH 43560** | **Idea 247, Inc.** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.5 | **Claude Mongomery** | **5740 Little Farms Court Sylvania, OH 43560** | **Fresh Funding** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |

| Debtor | CMC Advertising Ltd. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | Fox Funding Group LLC | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.7 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | Forward Financing LLC | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.8 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | United First, LLC | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.9 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | Diesel Funding LLC | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.10 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | The Huntington National Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | The Huntington National Bank | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.12 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | Stage Finance | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.13 | Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | US Small Business Administration | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

| Debtor | CMC Advertising Ltd. | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **CMC Advertising, LLC** | **5272 Tractor Road Unit J Toledo, OH 43612** | **The Huntington National Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **CMC Advertising, LLC** | **5272 Tractor Road Unit J Toledo, OH 43612** | **The Huntington National Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |

Official Form 206H        Schedule H: Your Codebtors        Page 3 of 3

Debtor name  **CMC Advertising Ltd.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $555,061.23 |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $1,437,352.16 |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,478,541.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Diesel Funding LLC**<br>**633 NE 167th St., Suite 1205**<br>**Miami, FL 33162** | **03/28/2025**<br>**$2,900**<br>**04/04/2025**<br>**$2,900**<br>**03/21/2025**<br>**$2,900** | **$8,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |
| 3.2. | **Forward Financing LLC**<br>**53 State St., 20th Fl**<br>**Boston, MA 02109** | **03/20/2025**<br>**$3,517.50**<br>**03/27/2025**<br>**$3,517.50**<br>**04/03/2025**<br>**$3,517.50** | **$10,552.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |
| 3.3. | **Fox Funding Group LLC**<br>**803 S 21st Ave**<br>**Hollywood, FL 33020** | **03/21/2025**<br>**$2,998**<br>**03/28/2025**<br>**$2,998**<br>**04/04/2025**<br>**$2,998** | **$8,994.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |
| 3.4. | **Idea 247, Inc.**<br>**200 SE 1st St., Suite 703**<br>**Miami, FL 33131** | **03/19/2025**<br>**$1,934.34**<br>**03/26/2025**<br>**$1,934.34**<br>**04/02/2025**<br>**$1,934.34**<br>**04/09/2025**<br>**$1,934.34** | **$7,737.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |
| 3.5. | **Fresh Funding**<br>**157 Church St., 19th Fl**<br>**New Haven, CT 06510** | **03/21/2025**<br>**$2,662.50**<br>**03/28/2025**<br>**$2,662.50**<br>**04/04/2025**<br>**$2,662.50**<br>**04/11/2025**<br>**$2,662.50** | **$10,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |
| 3.6. | **Stage Finance**<br>**2360 Lakewood Rd**<br>**Toms River, NJ 08755** | **03/19/2025**<br>**$4,254.55**<br>**03/26/2025**<br>**$4,254.55**<br>**04/02/2025**<br>**$4,254.55**<br>**04/09/2025**<br>**$4,254.55**<br>**04/15/2025**<br>**$4,254.55**<br>**06/06/2025**<br>**$1,600**<br>**04/22/2025** | **$27,127.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |
| 3.7. | **Rise Alliance**<br>**22 W 38th St**<br>**New York, NY 10018** | **04/21/2025**<br>**$3,312**<br>**05/21/2025**<br>**$7,500** | **$10,812.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__MCA__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.   **United First, LLC**<br>**2999 NE 1914st St.**<br>**Unit 901**<br>**Miami, FL 33180** | **03/18/2025**<br>**$10,650**<br>**03/25/2025**<br>**$10,650**<br>**04/01/2025**<br>**$10,650**<br>**04/08/2025**<br>**$10,650** | **$42,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA** |
| 3.9.   **Hot Printing and Graphics**<br>**2649 Tracy Rd**<br>**Northwood, OH 43619** | **03/28/2025**<br>**$4,337.59**<br>**04/11/2025**<br>**$848**<br>**04/30/2025**<br>**$3,436.47**<br>**05/14/2025**<br>**$3,451.04** | **$12,073.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10.   **The Huntington National Bank**<br>**7 Easton Oval**<br>**Columbus, OH 43219** | **4/07/2025** | **$9,500.20** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11.   **Savage Insurance**<br>**655 Beaver Creek Circle**<br>**Maumee, OH 43537** | **04/02/2025**<br>**$2,970.90**<br>**05/02/2025**<br>**$2,970.90**<br>**06/04/2025**<br>**$2,970.90** | **$8,912.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Health Insurance** |
| 3.12.   **United States Postal Service**<br>**475 L'Enfant Plaza SW**<br>**Washington, DC 20260** | **Various** | **$39,625.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**

    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fox Funding Group, LLC. v.<br>CMC Advertising Ltd.<br>25-028222** | **Collection on<br>MCA Account.** | **Seventeenth Judicial<br>Circuit in and for<br>Broward County, Florida<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Stage Advance LLC v. CMC<br>Advertising, et al** | **Breach of<br>Contract** | **Supreme Court of the State<br>of New York<br>360 Adams Street<br>Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

---

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Diller & Rice LLC 124 E. Main St. Van Wert, OH 45891** | | **6-24-2025** | **$10,500.00** |
|   **Email or website address** | | | |
|   **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■  No.
   ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|--------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.   **Jonathan Richards**<br>**Clifton, Larson, Allen, LLP**<br>**1785 Indian Wood Circle.**<br>**Maumee, OH 43537** | **2017 to present.** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Claude Mongomery | 5740 Little Farms Court Sylvania, OH 43560 | Managing Member | 99% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Claude Mongomery** 5740 Little Farms Court Sylvania, OH 43560 | $61,000 | Over course of past year. | Salary |
| | Relationship to debtor Managing Member/99% owner | | | |
| 30.2. | **Anjelic Jesus** 7117 Hollywyck Avenue Maumee, OH 43537 | 66,497.60 | Over the course of past year | Salary |
| | Relationship to debtor Step Daughter of Owner | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Claude Mongomery**<br>**5740 Little Farms Court**<br>**Sylvania, OH 43560** | **$99,950.61** | **Over the Course of Past Year** | **Draws/Expense Reimbursement** |
| | Relationship to debtor<br>**Owner** | | | |
| 30.4. | **CMC Advertising, LLC**<br>**5272 Tractor Road**<br>**Unit J**<br>**Toledo, OH 43612** | **$33,000.00** | **Over course of year** | **Rent for principal place of business.** |
| | Relationship to debtor<br>**Business owned by Owner of Debtor.** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 24, 2025__

__/s/ Claude R. Montgomery Jr.__        __Claude R. Montgomery Jr.__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re    **CMC Advertising Ltd.**                      Case No.

                                      Debtor(s)           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept               $          **10,500.00**

   Prior to the filing of this statement I have received      $          **10,500.00**

   Balance Due                                  $          **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 24, 2025**                                **/s/ Eric R. Neuman**
*Date*                                           **Eric R. Neuman**
                                                 *Signature of Attorney*
                                                 **Diller and Rice, LLC**
                                                  **1107 Adams St.**
                                                  **Toledo, OH 43624**
                                                  **419-244-8500  Fax: 419-244-8538**
                                                  **eric@drlawllc.com**
                                                  *Name of law firm*

# United States Bankruptcy Court
## Northern District of Ohio

In re   **CMC Advertising Ltd.**               Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cheri Mongomery**<br>**5740 Little Farms Court**<br>**Sylvania, OH 43560** | **N.A.** | **1%** | **Membership** |
| **Claude Mongomery**<br>**5740 Little Farms Court**<br>**Sylvania, OH 43560** | **N.A.** | **99%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 24, 2025**              Signature   **/s/ Claude R. Montgomery Jr.**

                                                    **Claude R. Montgomery Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Ohio**

In re    **CMC Advertising Ltd.**                      Case No. _____

                                        Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 24, 2025**                  **/s/ Claude R. Montgomery Jr.**

                                            **Claude R. Montgomery Jr./Managing Member**
                                            Signer/Title

American Express Business Line of
Credit Payment Remittance
PO Box 570622
Atlanta, GA 30357


Applied Capital
PO Box 6608311
Dallas, TX 75266-0831


Applied Imaging
7718 Solution Center
Chicago, IL 60677-7007


Applied Innovation
5555 Glenwood Hills Pkwy SE
Grand Rapids, MI 49512


Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693-0149


Claude Mongomery
5740 Little Farms Court
Sylvania, OH 43560


Clifton Larson Allen LLP
One Seagate, Suite 2650
Toledo, OH 43604


CMC Advertising, LLC
5272 Tractor Road
Unit J
Toledo, OH 43612


Crown Lift Trucks
PO Box 640352
Cincinnati, OH 45264-0352


Diesel Funding LLC
633 NE 167th St., Suite 1205
Miami, FL 33162


Envelope Mart
2639 Tracy Rd.
Northwood, OH 43619

Forward Financing LLC
53 State St., 20th Fl
Boston, MA 02109


Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020


Fresh Funding
157 Church St., 19th Fl
New Haven, CT 06510


H.O.T. Graphics
PO Box 3072595 Trace Court
Northwood, OH 43619


Idea 247, Inc.
200 SE 1st St., Suite 703
Miami, FL 33131


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199


Leaf Capital Funding
110 S. Poplar Street
Suite 101
Wilmington, DE 19801


MB Graphics
5727 Westbourge Ave
Columbus, OH 43213


Navitas Credit Corporation
201 Executive Center Drive
Suite 100
Columbia, SC 29210

Northwest Print
12900-C eckel Junction Rd.
Perrysburg, OH 43551


Office of the United States Attorne
Suite 308, Four Seagate
Toledo, OH 43604


Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530


Pitney Bowes
PO Box 856390
Louisville, KY 40285


Quick Tab II, Inc.
PO Box 758
Tiffin, OH 48483


Radiant Printing
Attn: Jason Burns
1800 Via Lago Dr.
Lakeland, FL 33810


Rise Alliance
22 W 38th St
New York, NY 10018


Royal Alliances, Inc
6363 Nstate Hwy 161, Ste 510
Irving, TX 75038


Stage Finance
2360 Lakewood Rd
Toms River, NJ 08755


Steven Disposal & Recycling Service
PO Box 500
Temperance, MI 48182


The Huntington National Bank
7 Easton Oval
Columbus, OH 43219

The Huntington National Bank
P.O. Box 341470 GW1W31
Columbus, OH 43234


The Millcraft Paper Company
PO Box 604304
Charlotte, NC 28260


The Packline-2486619
PO Box 205216
Dallas, TX 75320-5216


United First, LLC
2999 NE 1914st St.
Unit 901
Miami, FL 33180


US Small Business Administration
1350 Euclid Avenue, Suite 211
Cleveland, OH 44115


Yehuda Klein
1820 Swarthmore Avenue
#714
Lakewood, NJ 08701

# United States Bankruptcy Court
## Northern District of Ohio

In re  **CMC Advertising Ltd.**                                   Case No.

                                        Debtor(s)           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **CMC Advertising Ltd.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 24, 2025**

Date

**/s/ Eric R. Neuman**

**Eric R. Neuman**

Signature of Attorney or Litigant

Counsel for  **CMC Advertising Ltd.**

**Diller and Rice, LLC**

**1107 Adams St.**
**Toledo, OH 43624**
**419-244-8500 Fax:419-244-8538**
**eric@drlawllc.com**